THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH & WELFARE FUND, by and through its Board of Trustees, John T. Coli, Jr. Zachary Frankenbach, Michael DeGard, Nicholas Micaletti, John McCarthy, Gregory T. Youmans, Carl S. Tominberg, and Robert Sheehy, et al., | : : : : : : : : | Civil Action |
| Plaintiffs. | : : | |
| v. | : : : | No. 1:20-cv-06755 (FUV-JC) |
| AUTO PARK, LCC, | : : | |
| Defendant. | : | |

## ORDER FOR DEFAULT JUDGMENT

Plaintiffs, Teamsters Local Union No. 727 Health & Welfare Fund, Teamsters Local Union No. 727 Legal & Educational Assistance Fund, and the Parking Industry Labor Management Committee (hereinafter collectively, the "Funds") and their Boards of Trustees ("Plaintiffs"), having filed their Complaint herein, and Defendant, Auto Park, LCC ("Defendant"), having failed to answer or otherwise defend against the Complaint; and the Plaintiffs having moved the Court to enter default judgment in favor of Plaintiffs and against Defendant, for failure to answer or otherwise defend against the Complaint; and it appearing by the declarations filed of record that Defendant breached its obligations under the collective bargaining agreement, violated Section 301(a) of the LMRA, 29 U.S.C. § 185(a) and Section 515 of ERISA, 29 U.S.C. § 1145, and therefore is liable under Section 502(g)(2) of ERISA, § 29 U.S.C. § 1132(g)(2) to the Funds in the amount of $11,202.90 in

unpaid contributions, $2,575.41 in interest, $2,240.56 in liquidated damages, $4,527.59 in audit costs, $14,175.00 in attorneys' fees, and $400.00 on court costs; it is hereby ORDERED that:

1. Defendant, Auto Park, LLC shall pay to the Funds the total amount of $35,121.46 and
2. The Court directs the entry of this Default Judgment as a final order as to Defendant Auto Park, LLC.

Dated: 3/24/2021

_____
FRANKLIN U. VALDERRAMA
United States District Judge